**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6832**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ANDRE MANIGAULT,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (3:95-cr-00488-JFA-1)

Submitted:  October 21, 2008          Decided:  October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Manigault, Appellant Pro Se.  Sean Kittrell, Assistant United
States Attorney, Charleston, South Carolina, Jane Barrett Taylor,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Manigault appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] <u>United States v. Manigault</u>, No. 3:95-cr-00488-JFA-1 (D.S.C. Apr. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]We note a typographical error in the district court's order on page one in the recitation of Manigault's advisory guideline calculation. The district court intended to state that Manigault's base offense level under the United States Sentencing Guidelines was 38, not 3, for his violation of 21 U.S.C. § 846 (2000). This typographical error does not affect, however, the district court's considered reasoning in denying Manigault's motion for sentence reduction.